UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JARED L. MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO. 1:11-cv-00161-DKL-WTL |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| | ) |
| Defendant. | ) |

## **JUDGMENT**

The Court, having this date issued its Entry herein, hereby **ORDERS, ADJUDGES, and DECREES** judgment in FAVOR of the Defendant and AGAINST the Plaintiff. The decision of the Commissioner of Social Security denying Jared L. Mitchell's application for disability benefits is **AFFIRMED.** This is a final judgment .

IT IS SO ORDERED this 03/30/2012

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution to:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Patrick Harold Mulvany
patrick@mulvanylaw.com